LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
1050 Fulton Avenue, Suite 218
Sacramento, California 95825
Telephone: (916) 482-4545
Facsimile:  (916) 482-4550
Email: tedmonlaw@comcast.net

Attorney for Defendant
STEPHEN DOUGLAS PIRT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>              Plaintiff,                            )<br>                                                              )<br>        v.                                                )<br>                                                              )<br>                                                              )<br>STEPHEN DOUGLAS PIRT, et al.,   )<br>                                                              )<br>              Defendants.                       )<br>                                                              )<br>_____ ) | Cr. No. S-11-468-WBS<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE STATUS<br>CONFERENCE; FINDING<br>OF EXCLUDABLE TIME<br><br>Date: December 5, 2011<br>Time: 9:30 a.m.<br>Judge: Honorable William B. Shubb |

The United States of America, through Assistant U.S. Attorney Michael D. Anderson; defendant Stephen Douglas Pirt, through his counsel Scott L. Tedmon; and defendant Janis Santana Pirt, through her counsel Joseph J. Wiseman; hereby stipulate and agree as follows:

1. The status conference in this case is set for Monday, December 5, 2011 at 9:30 a.m.

2. The Indictment in this case was filed on November 3, 2011. On November 7, 2011, the defendants were arraigned on the Indictment and a status conference was set for December 5, 2011. Since the date of the arraignment, discussion have been held between the government and defense counsel relating to the government's production of discovery relating to the fifteen charged counts of wire fraud. The government has confirmed they in the process of scanning the discovery into an electronic format for production to defense counsel. Once the government discovery is produced, defense counsel will need necessary time to prepare, which includes reviewing the discovery,

- 1 -

1  meeting and conferring with their respective clients, and determining if any legal issues exist. Scott
2  L. Tedmon, counsel for defendant Stephen Douglas Pirt, and Joseph J. Wiseman, counsel for
3  defendant Janis Santana Pirt, understand and agree there is the need for necessary additional time
4  in order that each counsel can properly prepare and as such, they concur in this request. Likewise,
5  AUSA Michael D. Anderson, counsel for the government, understands and agrees to the defense
6  request for the necessary additional time to prepare.

7  3. As such, the government and all defense counsel stipulate it is appropriate to continue the
8  current status conference to Monday, January 9, 2012 at 9:30 a.m. The Court's availability for the
9  January 9, 2012 status conference date has been confirmed. No jury trial date has been set in this
10 case.

11 4. Accordingly, the parties stipulate the Court should find that time be excluded through
12 January 9, 2012 under the Speedy Trial Act based on need of counsel to prepare pursuant to 18
13 U.S.C. §3161(h)(7)(B)(iv), [Local Code T4]; and the Court should find that the ends of justice
14 served by granting this continuance outweigh the best interest of the public and the defendants in
15 a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

16 Finally, Scott L. Tedmon has been authorized by all counsel to sign this stipulation on their
17 behalf.

18 **IT IS SO STIPULATED.**

19 DATED: November 30, 2011                BENJAMIN B. WAGNER
                                           United States Attorney
20
                                            /s/ Michael D. Anderson
21                                         MICHAEL D. ANDERSON
                                           Assistant United States Attorney
22
23 DATED: November 30, 2011                LAW OFFICES OF SCOTT L. TEDMON

                                            /s/ Scott L. Tedmon
24                                         SCOTT L. TEDMON
                                           Attorney for Stephen Douglas Pirt
25
26 DATED: November 30, 2011                WISEMAN LAW GROUP

                                            /s/ Joseph J. Wiseman
27                                         JOSEPH J. WISEMAN
                                           Attorney for Janis Santana Pirt
28

- 2 -

**ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, the Court finds that time be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), [Local Code T4], reasonable time necessary for effective counsel preparation; and the Court further finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendants in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A). Accordingly,

IT IS ORDERED that this matter is continued to Monday, January 9, 2012, at 9:30 a.m., for further status conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161 (h)(7)(A), the Court finds the ends of justice served by granting this continuance from December 5, 2011, to and including January 9, 2012, outweigh the best interest of the public and the defendants in a speedy trial.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), [Local Code T4], the period from December 5, 2011, to and including January 9, 2012, is excluded from the time computations required by the Speedy Trial Act.

**IT IS SO ORDERED.**

DATED: November 30, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE