JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
ERIK HERMANN GREEN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>STEPHEN DOUGLAS PIRT, et al.,<br><br>    Defendants. | No. CR-S-11-468 WBS<br><br>STIPULATION AND<br>[~~PROPOSED~~ ORDER] CONTINUING<br>STATUS CONFERENCE<br><br>Date: February 27, 2012<br>Time: 9:30 a.m.<br>Judge: Honorable William B. Shubb |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael D. Anderson, Assistant United States Attorney, together with counsel for defendant Stephen Douglas Pirt, Scott L. Tedmon, Esq., counsel for defendant Janis Santana Pirt, Joseph J. Wiseman, Esq., and counsel for defendant Erik Hermann Green, John R. Manning, Esq., that the status conference presently set for January 9, 2012 be **continued to February 27, 2012, at 9:30 a.m.,** thus **vacating** the presently set status conference.

    Defense counsel requires additional time to review the discovery and perform investigation. Therefore, counsel for the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the defendants and the public in a speedy trial. 18 U.S.C. 3161(h)(7)(A) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, February 27, 2012.

1

1 | IT IS SO STIPULATED.

3 | Dated:  January 3, 2012                                              /s/  Scott L. Tedmon
4 |                                                                      SCOTT L. TEDMON
                                                                         Attorney for Defendant
5 |                                                                      Stephen Douglas Pirt

6 | Dated: January 3, 2012                                               /s/  Joseph J. Wiseman
                                                                         JOSEPH J. WISEMAN
7 |                                                                      Attorney for Defendant
                                                                         Janis Santana Pirt

9 | Dated: January 3, 2012                                               /s/  John R. Manning
                                                                         JOHN R. MANNING
10 |                                                                     Attorney for Defendant
11 |                                                                     Erik Hermann Green

14 | Dated: January 3, 2012                                              Benjamin B. Wagner
                                                                         United States Attorney

                                                              by:        /s/ Michael D. Anderson
16 |                                                                     MICHAEL D. ANDERSON
17 |                                                                     Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
ERIK HERMANN GREEN

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-11-468 WBS |
| Plaintiff, | ) ORDER TO |
| v. | ) CONTINUE STATUS CONFERNCE |
| STEPHEN DOUGLAS PIRT, et al., | ) |
| Defendants. | ) |

    The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

    The Court orders that the time from the date of the parties' stipulation, January 3, 2012, to and including February 27, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T4 (reasonable time for defense counsel to

prepare).  It is further ordered that the January 9, 2012, status conference shall be continued until February 27, 2012, at 9:30 a.m.


IT IS SO ORDERED.
Dated: January 5, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE