1  **JOSEPH J. WISEMAN, ESQ., CSBN 107403**
   **WISEMAN LAW GROUP, P.C.**
2     **1477 Drew Avenue, Suite 106**
      **Davis, California 95618**
3     **Telephone:   530.759.0700**
      **Facsimile:    530.759.0800**
4

5  **Attorney for Defendant**
   **JANIS SANTANA PIRT**

6

7            IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9                    SACRAMENTO DIVISION

10

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, | )   Case No. CR S 11 -00468 WBS |
| 12              Plaintiff, | ) |
| 13    vs. | )   STIPULATION AND ~~PROPOSED~~ ORDER |
| 14 | )   TO CONTINUE STATUS CONFERENCE |
| 15 JANIS SANTANA PIRT, et al. | ) |
| 16            Defendants. | ) |
| 17 | ) |

18      IT IS HEREBY stipulated between the United States of America through its undersigned

19 counsel, Michael D. Anderson, Assistant United States Attorney, together with counsel for

20 defendant Stephen Douglas Pirt, Scott L. Tedmon, Esq., counsel for defendant Janis Santana Pirt,

21 Joseph J. Wiseman, Esq., and counsel for defendant Erik Hermann Green, John R. Manning,

22 Esq., that the status conference presently set for February 27, 2012 be continued to March 26,

23 2012, at 9:30 a.m., thus vacating the presently set status conference.

24      Defense counsel requires additional time to review the discovery and perform

25 investigation. Therefore, counsel for the parties stipulate and agree that the interests of justice

26 served by granting this continuance outweigh the best interests of the defendants and the public

27 in a speedy trial. 18 U.S.C. 3161(h)(7)(A) (continuity of counsel/ reasonable time for effective

28 preparation) and Local Code T4, and agree to exclude time from the date of the filing of the

order until the date of the status conference, March 26, 2012.

**IT IS SO STIPULATED.**

| Dated: February 22, 2012 | By: /s/ Scott L. Tedmon |
| | SCOTT L. TEDMON |
| | Attorney for Defendant |
| | Stephen Douglas Pirt |

Dated: February 22, 2012                By: /s/ Joseph J. Wiseman
                                        JOSEPH J. WISEMAN
                                        Attorney for Defendant
                                        Janis Santana Pirt

Dated: February 22, 2012                By: /s/ John R. Manning
                                        JOHN R. MANNING
                                        Attorney for Defendant
                                        Erik Hermann Green

Dated: February 22, 2012                Benjamin B. Wagner
                                        United States Attorney

                                        By: /s/ Michael D. Anderson
                                        MICHAEL D. ANDERSON
                                        Assistant U.S. Attorney

**PROPOSED ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, February 22, 2012, to and including March 26, 2012, shall be excluded from computation of time within which the

1 trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §
2 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T4 (reasonable time for defense counsel to
3 prepare). It is further ordered that the February 27, 2012, status conference shall be continued
4 until March 26, 2012, at 9:30 a.m

6 **IT IS SO ORDERED.**

Dated:   February 22, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE