JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
ERIK HERMANN GREEN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,	)	No. CR-S-11-468 WBS
	)
    Plaintiff,	)
	)	STIPULATION AND
	)	[~~PROPOSED~~ ORDER] CONTINUING
v.	)	STATUS CONFERENCE
	)
STEPHEN DOUGLAS PIRT, et al.,	)	Date:  August 13, 2012
	)	Time:  9:30 a.m.
	)	Judge: Honorable William B. Shubb
    Defendants.	)
	)
	)
	)

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael D. Anderson, Assistant United States Attorney, together with counsel for defendant Stephen Douglas Pirt, Scott L. Tedmon, Esq., counsel for defendant Janis Santana Pirt, Joseph J. Wiseman, Esq., and counsel for defendant Erik Hermann Green, John R. Manning, Esq., that the status conference presently set for May 29, 2012 be **continued to August 13, 2012, at 9:30 a.m.,** thus **vacating** the presently set status conference.

    Defense counsel requires additional time to review the discovery and perform investigation.  Therefore, counsel for the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the defendants and the public in a speedy trial.  18 U.S.C. 3161(h)(7)(A) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, August 13, 2012.

IT IS SO STIPULATED.

Dated: May 23, 2012                                  /s/ Scott L. Tedmon
                                                     SCOTT L. TEDMON
                                                     Attorney for Defendant
                                                     Stephen Douglas Pirt

Dated: May 24, 2012                                  /s/ Joseph J. Wiseman
                                                     JOSEPH J. WISEMAN
                                                     Attorney for Defendant
                                                     Janis Santana Pirt

Dated: May 23, 2012                                  /s/ John R. Manning
                                                     JOHN R. MANNING
                                                     Attorney for Defendant
                                                     Erik Hermann Green

Dated: May 25, 2012                                  Benjamin B. Wagner
                                                     United States Attorney

                                        by:          /s/ Michael D. Anderson
                                                     MICHAEL D. ANDERSON
                                                     Assistant U.S. Attorney

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, May 25, 2012, to and including August 13, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §

3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T4 (reasonable time for defense counsel to prepare).  It is further ordered that the May 29, 2012, status conference shall be continued until August 13, 2012, at 9:30 a.m.

IT IS SO ORDERED.
Dated: May 25, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE