1  LAW OFFICES OF SCOTT L. TEDMON
   A Professional Corporation
2  SCOTT L. TEDMON, CA. BAR # 96171
   980 Ninth Street, 16th Floor
3  Sacramento, California 95814
   Telephone: (916) 449-9985
4  Facsimile:  (916) 446-7104
   Email: tedmonlaw@comcast.net
5
   Attorney for Defendant
6  STEPHEN DOUGLAS PIRT

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )
                                       )    Cr. No. S-11-468-WBS
12               Plaintiff,            )
                                       )    STIPULATION AND [PROPOSED]
13        v.                           )    ORDER CONTINUING STATUS
                                       )    CONFERENCE; FINDING OF
14                                     )    EXCLUDABLE TIME
                                       )
15  STEPHEN DOUGLAS PIRT, et al.,      )    Date:   September 24, 2012
                                       )    Time:  9:30 a.m.
16               Defendants.           )    Judge: Hon. William B. Shubb
    _____)

17

18                              **STIPULATION**

19        The United States of America, through Assistant U.S. Attorney Michael D. Anderson;

20  defendant Stephen Douglas Pirt, through counsel Scott L. Tedmon; defendant Janis Santana Pirt,

21  through counsel Joseph J. Wiseman; and defendant Erik Hermann Green, through counsel John R.

22  Manning; hereby stipulate and agree as follows:

23        1.  The status conference is currently set for September 24, 2012 at 9:30 a.m.

24        2.  By this stipulation, the above-named defendants now move to continue the status

25  conference to October 29, 2012 at 9:30 a.m., and to exclude time between September 24, 2012 and

26  October 29, 2012 under Local Code T4.  Plaintiff does not oppose this request.

27

28

                                  - 1 -

3.   The basis upon which the parties agree to this proposed continuance of the status conference is as follows:

    a.    The government has produced discovery which to date includes over 1,000 pages containing loan files, escrow files, and investigative materials.  The government has also made available to defense counsel several bankers boxes containing over 1,000 additional pages of documents.  Defense counsel needs additional time to review and analyze the government discovery and additionally produced documents, conduct independent defense investigation, and consult with their respective clients.

    b.    Counsel for each defendant believes that failure to grant the above-requested continuance would deny their respective client the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c.    Plaintiff does not object to the continuance.

    d.    Based on the above-stated findings, the ends of justice served by continuing the status conference as requested outweigh the best interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

    e.    For the purpose of computing time under the Speedy Trial Act, 16 U.S.C. § 3161, et seq., within which trial must commence, the time period from September 24, 2012 to October 29, 2012, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(a), B(iv); [Local Code T4] because it results from a continuance by the Court at the defendants request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

5.  Finally, Scott L. Tedmon has been authorized by all counsel to sign this stipulation on their behalf.

1   **IT IS SO STIPULATED.**

2   DATED: September 18, 2012             BENJAMIN B. WAGNER
                                          United States Attorney
3
                                          /s/ Michael D. Anderson
4                                         MICHAEL D. ANDERSON
                                          Assistant United States Attorney
5                                         Attorney for Plaintiff United States

6
    DATED: September 18, 2012             LAW OFFICES OF SCOTT L. TEDMON
7
                                          /s/ Scott L. Tedmon
8                                         SCOTT L. TEDMON
                                          Attorney for Defendant Stephen Douglas Pirt
9

10  DATED: September 18, 2012             WISEMAN LAW GROUP

11                                        /s/ Joseph J. Wiseman
                                          JOSEPH J. WISEMAN
12                                        Attorney for Defendant Janis Santana Pirt

13
    DATED: September 18, 2012             LAW OFFICES OF JOHN R. MANNING
14
                                          /s/ John R. Manning
15                                        JOHN R. MANNING
                                          Attorney for Defendant Erik Hermann Green
16

17

18

19                                  **ORDER**

20

21       IT IS SO FOUND AND ORDERED this <u>20th</u> of September, 2012.

22

23

24  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

25

26

27

28

- 3 -