LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
980 Ninth Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 449-9985
Facsimile:  (916) 446-7104
Email: tedmonlaw@comcast.net

Attorney for Defendant
STEPHEN DOUGLAS PIRT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. S-11-468-WBS |
| ) Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE; FINDING OF EXCLUDABLE TIME |
| v. ) | |
| ) STEPHEN DOUGLAS PIRT, et al., ) | Date:   October 29, 2012 Time:  9:30 a.m. |
| ) Defendants. ) | Judge: Hon. William B. Shubb |

**STIPULATION**

The United States of America, through Assistant U.S. Attorney Michael D. Anderson; defendant Stephen Douglas Pirt, through counsel Scott L. Tedmon; defendant Janis Santana Pirt, through counsel Joseph J. Wiseman; and defendant Erik Hermann Green, through counsel John R. Manning; hereby stipulate and agree as follows:

1. The status conference is currently set for October 29, 2012 at 9:30 a.m.

2. By this stipulation, the above-named defendants now move to continue the status conference to December 17, 2012 at 9:30 a.m., and to exclude time between October 29, 2012 and December 17, 2012 under Local Code T4.  Plaintiff does not oppose this request.

3. The basis upon which the parties agree to this proposed continuance of the status conference is as follows:

    a. The government has produced discovery which to date includes over 1,000 pages containing loan files, escrow files, and investigative materials. The government has also made available to defense counsel approximately 100 banker boxes located in Oakland, California containing several thousand additional pages of documents. Defense counsel needs additional time to review and analyze the government discovery and additionally produced documents, conduct independent defense investigation, and consult with their respective clients.

    b. Counsel for each defendant believes that failure to grant the above-requested continuance would deny their respective client the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c. Plaintiff does not object to the continuance.

    d. Based on the above-stated findings, the ends of justice served by continuing the status conference as requested outweigh the best interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

    e. For the purpose of computing time under the Speedy Trial Act, 16 U.S.C. § 3161, et seq., within which trial must commence, the time period from October 29, 2012 to December 17, 2012, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(a), B(iv); [Local Code T4] because it results from a continuance by the Court at the defendants request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

5. Finally, Scott L. Tedmon has been authorized by all counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: October 25, 2012            BENJAMIN B. WAGNER
                                   United States Attorney

                                    /s/ Michael D. Anderson
                                   MICHAEL D. ANDERSON
                                   Assistant United States Attorney
                                   Attorney for Plaintiff United States


DATED: October 25, 2012            LAW OFFICES OF SCOTT L. TEDMON

                                    /s/ Scott L. Tedmon
                                   SCOTT L. TEDMON
                                   Attorney for Defendant Stephen Douglas Pirt


DATED: October 25, 2012            WISEMAN LAW GROUP

                                    /s/ Joseph J. Wiseman
                                   JOSEPH J. WISEMAN
                                   Attorney for Defendant Janis Santana Pirt


DATED: October 25, 2012            LAW OFFICES OF JOHN R. MANNING

                                   /s/ John R. Manning
                                   JOHN R. MANNING
                                   Attorney for Defendant Erik Hermann Green


### ORDER

IT IS SO FOUND AND ORDERED this 25th of October, 2012.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE