1  **JOSEPH J. WISEMAN, ESQ., CSBN 107403**
   **WISEMAN LAW GROUP, P.C.**
2     **1477 Drew Avenue, Suite 106**
      **Davis, California 95618**
3     **Telephone:   530.759.0700**
      **Facsimile:   530.759.0800**
4

5  **Attorney for Defendant**
   **JANIS SANTANA PIRT**

6

7            IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9                    SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR. S-11-00468 TLN |
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER TO |
| | ) CONTINUE STATUS CONFERENCE |
| JANIS SANTANA PIRT, et al. | ) Date: July 18, 2013 |
| Defendants. | ) Time: 9:30 a.m. |
| | ) Ctrm: Hon. Troy L. Nunley |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael D. Anderson, Assistant United States Attorney, together with counsel for defendant Stephen Douglas Pirt, Scott L. Tedmon, Esq.; counsel for defendant Janis Santana Pirt, Joseph J. Wiseman, Esq.; and counsel for defendant Erik Hermann Green, John R. Manning, Esq., that the status conference previously set for April 29, 2013, and vacated pursuant to the order of reassignment, be reset for July 18, 2013, at 9:30 a.m.

    Defense counsel requires additional time to continue to review the discovery of the related Northern District case. Further, Mr. Tedmon and Mr. Anderson are scheduled to be in trial for most of May and June. Therefore, counsel for the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the

defendants and the public in a speedy trial. 18 U.S.C. 3161(h)(7)(A) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, July 18, 2013.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: April 19, 2013 | By: /s/ Scott L. Tedmon<br>SCOTT L. TEDMON<br>Attorney for Defendant<br>Stephen Douglas Pirt |
| Dated: April 19, 2013 | By: /s/ Joseph J. Wiseman<br>JOSEPH J. WISEMAN<br>Attorney for Defendant<br>Janis Santana Pirt |
| Dated: April 19, 2013 | By: /s/ John R. Manning<br>JOHN R. MANNING<br>Attorney for Defendant<br>Erik Hermann Green |
| Dated: April 19, 2013 | Benjamin B. Wagner<br>United States Attorney<br><br>By: /s/ Michael D. Anderson<br>MICHAEL D. ANDERSON<br>Assistant U.S. Attorney |

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, April 19, 2013, to

1  and including July 18, 2013, shall be excluded from computation of time within which the trial
2  of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §
3  3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T4 (reasonable time for defense counsel to
4  prepare). It is further ordered that a status conference shall be set for July 18, 2013, at 9:30 a.m.

6  **IT IS SO ORDERED.**

8  Dated: April 19, 2013

_____
Troy L. Nunley
United States District Judge