JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
ERIK HERMANN GREEN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>STEPHEN DOUGLAS PIRT, et al.,<br><br>    Defendants. | No. CR-S-11-468 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS<br><br>Date:   August 29, 2013<br>Time:   9:30 a.m.<br>Judge:  Honorable Troy L. Nunley |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael D. Anderson, Assistant United States Attorney, together with counsel for defendant Stephen Douglas Pirt, Scott L. Tedmon, Esq., counsel for defendant Janis Santana Pirt, Joseph J. Wiseman, Esq., and counsel for defendant Erik Hermann Green, John R. Manning, Esq., stipulate that the status conference presently set for August 22, 2013 be **continued to August 29, 2013, at 9:30 a.m.,** thus **vacating** the presently set status conference.  Accordingly, the Parties hereby stipulate the following:

1. By previous order, this matter was set for status conference on August 22, 2013.

1

2. By this stipulation, defendants now move to continue the status conference until August 29, 2013 and to exclude time between August 22, 2013 and August 29, 2013 under the Local Code T-4 (to allow defense counsel time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

   a. This is a relatively complex financial document case, including in excess of 1,100 pages of discovery. The Government has additional documents (approximately 40 "bankers" boxes) available for review at the IRS office in Oakland, Ca. The defendants are alleged to have participated in a mortgage fraud scheme involving several homes.

   b. Counsel for the defendants need additional time to review the discovery; review investigation reports; and, discuss USSG calculations and possible resolution scenarios with the (respective) defendants.

   c. Counsel for defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d. The government does not object to the continuance.

   e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

   f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of August 22, 2013 to August 29, 2013, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(iv), corresponding to Local Code T-4

because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED

Dated: August 2, 2013                                         /s/ Scott L. Tedmon
                                                              SCOTT L. TEDMON
                                                              Attorney for Defendant
                                                              Stephen Douglas Pirt

Dated: August 2, 2013                                         /s/ Joseph J. Wiseman
                                                              JOSEPH J. WISEMAN
                                                              Attorney for Defendant
                                                              Janis Santana Pirt

Dated: August 2, 2013                                         /s/ John R. Manning
                                                              JOHN R. MANNING
                                                              Attorney for Defendant
                                                              Erik Hermann Green

Dated: August 2, 2013                                         Benjamin B. Wagner
                                                              United States Attorney

                                                   by:        /s/ Michael D. Anderson
                                                              MICHAEL D. ANDERSON
                                                              Assistant U.S. Attorney

**ORDER**

IT IS SO FOUND AND ORDERED this <u>6th</u> day of August, 2013.

                                                              Troy L. Nunley
                                                              United States District Judge