**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:**   **530.759.0700**
   **Facsimile:**   **530.759.0800**

**Attorney for Defendant**
**JANIS SANTANA PIRT**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR. S-11 -00468 TLN |
|         Plaintiff, ) | |
| vs. ) | STIPULATION AND ORDER TO |
| ) | CONTINUE STATUS CONFERENCE |
| JANIS SANTANA PIRT, et al. ) | Date: September 19, 2013 |
|         Defendants. ) | Time: 9:30 a.m. |
| ) | Ctrm: Hon. Troy L. Nunley |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael D. Anderson, Assistant United States Attorney, together with counsel for defendant Stephen Douglas Pirt, Scott L. Tedmon, Esq.; and counsel for defendant Janis Santana Pirt, Joseph J. Wiseman, Esq.; that the status conference previously set for August 29, 2013, be reset as a Change of Plea Hearing for September 19, 2013, at 9:30 a.m.

Defense counsel requires additional time to review proposed plea agreements. Therefore, counsel for the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the defendants and the public in a speedy trial. 18 U.S.C. 3161(h)(7)(A) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of

1  the Change Of Plea Hearing, September 19, 2013.

2  **IT IS SO STIPULATED.**

3  Dated: August 22, 2013                    By: /s/ Scott L. Tedmon
                                              SCOTT L. TEDMON
4                                             Attorney for Defendant
                                              Stephen Douglas Pirt
5

6  Dated: August 22, 2013                    By: /s/ Joseph J. Wiseman
                                              JOSEPH J. WISEMAN
7                                             Attorney for Defendant
                                              Janis Santana Pirt
8

9  Dated: August 22, 2013                    Benjamin B. Wagner
                                              United States Attorney
10

11                                            By: /s/ Michael D. Anderson
                                              MICHAEL D. ANDERSON
12                                            Assistant U.S. Attorney

13

14

15

16

17                                **ORDER**

18         The Court, having received, read, and considered the stipulation of the parties, and good

19  cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based

20  on the stipulation of the parties and the recitation of facts contained therein, the Court finds that

21  it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within

22  the time limits established in 18 U.S.C. § 3161. In addition, the Court specifically finds that the

23  failure to grant a continuance in this case would deny defense counsel to this stipulation

24  reasonable time necessary for effective preparation, taking into account the exercise of due

25  diligence. The Court finds that the ends of justice to be served by granting the requested

26  continuance outweigh the best interests of the public and the defendants in a speedy trial.

27         The Court orders that the time from the date of the parties' stipulation, August 22, 2013,

28  to and including September 19, 2013, shall be excluded from computation of time within which

1 the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §
2 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T4 (reasonable time for defense counsel to
3 prepare). It is further ordered that a Change Of Plea Hearing shall be set for September 19, 2013,
4 at 9:30 a.m.

6 **IT IS SO ORDERED.**

8 Dated: August 26, 2013

_____
Troy L. Nunley
United States District Judge