**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:**   **530.759.0700**
   **Facsimile:**   **530.759.0800**

**Attorney for Defendant**
**JANIS SANTANA PIRT**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr -00468 TLN |
| Plaintiff, | |
| vs. | STIPULATION REGARDING RESTITUTION; ORDER |
| JANIS SANTANA PIRT, et al. | |
| Defendants. | |

    IT IS HEREBY stipulated between the UNITED STATES OF AMERICA, through its undersigned counsel, Michael D. Anderson, Assistant United States Attorney, and counsel for defendant JANIS SANTANA PIRT, Joseph J. Wiseman, Esq., that if the matter of restitution in this case proceeded to a hearing, the United States would establish that the defendant owes restitution, jointly and severally with co-defendant Stephen Pirt, in the amount of $136,829.00. The victim in this case is New Century Liquidating Trust, which submitted a claim for restitution relating to property located at 1131 Hillwood Loop, Lincoln, California.

    The parties agree that Ms. Pirt does not have the ability to pay interest and request that the Court waive interest on the restitution. No claim was submitted for the property at 1263 Hillwood Loop, Lincoln, California.

Accordingly, the parties respectfully request that the Court issue a judgment in accordance with the above amount and vacate the restitution hearing, which is currently set for July 31, 2014.

**IT IS SO STIPULATED.**

Dated: July 29, 2014                                   By: /s/ Joseph J. Wiseman
                                                       JOSEPH J. WISEMAN
                                                       Attorney for Defendant
                                                       Janis Santana Pirt


Dated: July 29, 2014                                   Benjamin B. Wagner
                                                       United States Attorney

                                                       By: /s/ Michael D. Anderson
                                                       MICHAEL D. ANDERSON
                                                       Assistant U.S. Attorney

**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P.C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95618
   Telephone:   530.759.0700
   Facsimile:   530.759.0800

**Attorney for Defendant**
**JANIS SANTANA PIRT**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00468 TLN |
| Plaintiff, | |
| vs. | ORDER REGARDING RESTITUTION |
| JANIS SANTANA PIRT, et al. | |
| Defendants. | |

**PROPOSED ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that restitution in the above-noted case is owed jointly and severally with co-defendant Stephen Pirt, in the amount of $136,829.00, interest on the restitution is waived.  FURTHER, the restitution hearing, which is currently set for July 31, 2014, is vacated.

IT IS SO ORDERED.

Dated: July 31, 2014

_____
Troy L. Nunley
United States District Judge

3

Stipulation Regarding Restitution         Case No. 2:11-cr-00468 TLN