LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
980 Ninth Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 449-9985
Facsimile:  (916) 446-7104

Attorney for Defendant
STEPHEN PIRT

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN DOUGLAS PIRT,<br><br>Defendant. | Case No. 2:11-CR-00468-TLN<br><br>**STIPULATION AND ORDER RE: DEFENDANT STEPHEN PIRT'S REVISED SENTENCING SCHEDULE** |

The United States of America, by and through Assistant United States Attorney Michael D. Anderson, and defendant Stephen Pirt, by and through counsel Scott L. Tedmon, hereby agree and stipulate the current sentencing schedule be revised to provide defense counsel necessary additional time to prepare.  The proposed revised sentencing schedule is as follows:

   Judgment and Sentencing:  November 5, 2015 at 9:30 a.m.

   Reply or Statement of Non-Opposition filed by:  October 29, 2015

   Formal Objections filed by:  October 22, 2015

   Final PSR filed with the Court and disclosed to counsel by:  October 15, 2015

   Informal Objections to the draft PSR filed by:  October 8, 2015

Based on the foregoing, the undersigned parties agree and stipulate to the revised sentencing schedule for defendant Stephen Pirt.

**IT IS SO STIPULATED**.

| | |
|---|---|
| DATED:  October 1, 2015 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>/s/ Michael D. Anderson<br>MICHAEL D. ANDERSON<br>Assistant United States Attorney |
| DATED:  October 1, 2015 | LAW OFFICES OF SCOTT L. TEDMON<br><br>/s/ Scott L. Tedmon<br>SCOTT L. TEDMON<br>Attorney for Defendant Stephen Pirt |

# ORDER

**GOOD CAUSE APPEARING** and based on the foregoing stipulation, it is hereby ordered the revised sentencing schedule set forth above for defendant Stephen Pirt is hereby adopted.

**IT IS SO ORDERED.**

Dated:  October 7, 2015

_____
Troy L. Nunley
United States District Judge